# EXHIBIT 3

RECORDING REQUESTED BY
FIRST AMERICAN TITLE INSURANCE COMPANY

| | |
|---|---|
| RECORDING REQUESTED BY:<br>RECONTRUST COMPANY<br><br>AND WHEN RECORDED MAIL DOCUMENT<br>AND TAX STATEMENTS TO:<br>RECONTRUST COMPANY, N.A.<br>1800 Tapo Canyon Rd., CA6-914-01-94<br>SIMI VALLEY, CA 93063<br><br>ATTN: Lucy Mansourian<br>TS No. 09-0004835<br><br>TSG No. 3988458 | Stephen L. Vagnini      CRALMA<br>Monterey County Recorder  5/04/2009<br>Recorded at the request of   14:02:21<br>**Public**<br><br>DOCUMENT: **2009026988**  Titles: 1/ Pages: 1<br><br>Fees....  10.00<br>Taxes...<br>Other...<br>AMT PAID  $10.00 |

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

WHEREAS, PETRA MARTINEZ, AND STANLEY ATKINSON was the original Trustor, CTC REAL ESTATE SERVICES was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. was the original Beneficiary under that certain Deed of Trust dated 01/04/2006 recorded on 01/20/2006 as Instrument No. 2006006030 in Book Page of Official Records of Monterey County, California;

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust, and
WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

NOW THEREFORE, the undersigned hereby substitutes RECONTRUST COMPANY, N.A., WHOSE ADDRESS IS: 1800 Tapo Canyon Rd., CA6-914-01-94 SIMI VALLEY, CA 93063, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

DATED: January 27, 2009                    MORTGAGE ELECTRONIC REGISTRATION
                                            SYSTEMS, INC.

                                            BY _____
State of:   California                      Elisavet Meza, Assistant Secretary
County of:  Ventura

On FEB 0 2 2009 before me, Lucy Mansourian, notary public, personally appeared Elisavet Meza, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
Signature _____ (Seal)
           Lucy Mansourian

LUCY MANSOURIAN
Commission # 1776098
Notary Public - California
Los Angeles County
My Comm. Expires Oct 22, 2011

END OF DOCUMENT

*Form sub (01/09)*