Michael Patrick Rooney, Esq. (State Bar Number 248491)
MICHAEL ROONEY LAW OFFICE
580 California Street, FL 16
San Francisco, CA 94104
(415) 533-0282
(415) 704-3321

Attorneys for Plaintiff PETRA MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MARTINEZ,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICA'S WHOLESALE LENDER, et al.,<br><br>          Defendants. | Case No. 3:09-cv-5630-WHA<br><br>**EX PARTE MOTION TO CORRECT RECORD** |

PETRA MARTINEZ (Plaintiff) hereby presents this Motion to Correct the Record ex parte after conferring with opposing counsel. Plaintiffs specifically seek an order that Plaintiff may upload the Complaint she caused to be filed to replace the Complaint currently on file with the court, to which the exhibits were somehow altered from their original state.

   **I.     GROUNDS FOR EX PARTE RELIEF**

The complaint filed herein does not reflect the complaint which Plaintiff's attorney's office caused to be filed at the Superior Court for the County of Monterrey. The Complaint Plaintiff's Counsel caused to be filed contained, including exhibits, 69 pages. The packet Plaintiff caused to be served on Defendants contained 75 pages. Exhibit D, in particular, was a single page. In the version filed with this court, Exhibit D is a several hundred page prospectus which Plaintiff's counsel did not attach to the Complaint and has never seen before.

Plaintiff's counsel has followed us with Rapidlegal, which is a court filing service employed by Michael Rooney Law Office, who has confirmed that the original document

Ex Parte Motion to Correct Record

did not contain the current version of Exhibit D.  Opposing counsel attests that the version filed with this court was obtained from the County of Monterrey.

In the interests of justice, plaintiffs seek to replace the version on file with the version Plaintiff caused to be filed at the court.

## II.   CONCLUSION

Based upon the foregoing, Plaintiff respectfully requests that the Court grant relief as sought herein.

Dated: December 21, 2009                           Respectfully Submitted,
                                                   /S/ Michael Patrick Rooney
                                                   Michael Patrick Rooney, Esq.
                                                   Attorney for Plaintiff
                                                   PETRA MARTINEZ

## MICHAEL PATRICK ROONEY'S DECLARATION IN SUPPORT AND DECLARATION OF NOTICE

1. The complaint filed herein does not reflect the First Amended which I office caused to be filed at the Superior Court for the County of Monterrey.
2. The First Amended Complaint I caused to be filed contained, including exhibits, 69 pages.
3. The packet I caused to be served on Defendants contained 75 pages.
4. Attached to this declaration as Exhibit A is the First Amended Complaint as I caused it to be filed.
5. I have followed us with Rapidlegal, which is a court filing service employed by Michael Rooney Law Office, who has confirmed that the original document did not contain the current version of Exhibit D.
6. Opposing counsel, attests that the version filed with this court was obtained from the County of Monterrey.
7. I do not know how the several hundred page propsectus got into the exhibits, because I have never laid eyes on it before in my life.

I swear the above to be true and correct under the penalty of perjury and executed this declaration on December 22, 2009 at San Francisco, CA.

  /S/ Michael Patrick Rooney

Michael Patrick Rooney, Esq.