Michael Patrick Rooney (SBN. 248491)
MICHAEL ROONEY LAW OFFICE
580 California St. Fl. 16
San Francisco, CA 94104
Tel: (415) 533-0282
Fax: (415) 704-3321

Attorney for Plaintiff
PETRA A. MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA A. MARTINEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, COUNTRYWIDE/BANK OF AMERICA, RECON TRUST/MERS, and DOES 1-100,<br><br>                    Defendants. | CASE NO.: 3-09-CIV-5630WHA<br><br>**PLAINTIFF PETRA A. MARTINEZ'S NOTICE OF DISMISSAL OF FEDERAL CLAIMS**<br><br>Department: 450 Golden Gate Ave.<br>              San Francisco, CA 94102<br>              Courtroom 9, 19th Floor<br>Judge: Hon. William Alsup |

   Plaintiff PETRA A. MARTINEZ ("Plaintiff") hereby provides notice to the Court and all parties that Plaintiff hereby dismisses all federal claims in the Complaint, without prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(2).

   The specific claims being dismissed are:

   1. The fourth cause of action for violating the Real Estate Settlement Procedures Act ("RESPA"). See Compl. ¶¶95 – 99; and

1

**PLAINTIFF PETRA A. MARTINEZ'S NOTICE OF DISMISSAL OF FEDERAL CLAIMS**

2. The sixth cause of action for Unfair Debt Collection Practices under 15 USC 69(2) *et seq.*. See Compl. ¶¶103 -104.

Dated: December 29, 2009                    Respectfully submitted,

                                            By: _____/S/_____
                                            Michael Patrick Rooney, Esq.
                                            Attorney for Plaintiff PETRA A. MARTINEZ

**PLAINTIFF PETRA A. MARTINEZ'S NOTICE OF DISMISSAL OF FEDERAL CLAIMS**