COPY

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br>Michael Rooney SBN 248491<br>Michael Rooney Law Office<br>580 California Street FL 18<br>San Francisco, CA 94104<br>(415) 533-0282<br>ATTORNEY FOR Plaintiff | FOR COURT USE ONLY<br>**FILED**<br>OCT 2 7 2009<br>CONNIE MAZZEI<br>CLERK OF THE SUPERIOR COURT<br>DEPUTY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY<br>1200 Aguajito Rd<br>Monterey, CA 93940 | S. HANS |
| PLAINTIFF/PETITIONER: PETRA MARTINEZ<br>DEFENDANT/RESPONDENT: AMERICA'S WHOLESALE LENDER, et al | CASE NUMBER:<br>M100410 |
| Proof of Service of Summons | REF NO OR FILE NO:<br>Martinez |

File by Fax

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   Summons on 1st Amended Complaint _ First Amended Complaint _ Case Management Notice _ ADR Information Packet (Monterey County)

3a. Party Served:

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC
   By Serving JOHN BROSNAN, Agent for Service

4. Address where the party was served:

   3321 VINCENT RD
   PLEASANT HILL, CA 94523

5. I served the party:
   b. By substituted service. On: 10/26/2009 at: 03:40 PM I left the documents listed in item 2 with or in the presence of:

   Wendy Zimmerman
   Person in Charge

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., Section 415.20). I mailed the documents on

   A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC

   under the following Code of Civil Procedure section:

CONTINUED ON NEXT PAGE

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Revised January 1, 2007]

Proof of Service of Summons

Code of Civil Procedure, §417.10

Invoice No: 732658

| PLAINTIFF/PETITIONER: PETRA MARTINEZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AMERICA'S WHOLESALE LENDER, et al | M100410 |

416.10 (Corporation)

7. Person who served papers
   a. Name: Josh Darty
   b. Address: 14748 Pipeline Avenue, Suite B; Chino Hills, CA 91709
   c. Telephone number: 909-664-9565
   d. The fee for this service was: 89.50
   e. I am:
      (3) [X] a registered California process server:
         (i) [X] Independent Contractor
         (ii) Registration No.: 724   Expires: 4/22/2010
         (iii) County: Contra Costa

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

10/27/2009

Josh Darty

Rapid Legal, Inc., San Bernardino Co. Reg. #1086, Expires 04-15-10

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Revised January 1, 2007]

Proof of Service of Summons

Code of Civil Procedure, §417.10

Invoice No:   732658