SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
Countrywide Home Loans, Inc. (d/b/a America's
Wholesale Lender), BAC Home Loans
Servicing, LP (f/k/a Countrywide
Home Loans Servicing L.P.), ReconTrust
Company, N.A., Bank of America, N.A., and
Bank of New York Mellon (erroneously
named as Bank of New York)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETRA MARTINEZ, | Case No.: 09-cv-05630-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF OPPOSITION TO NOTICE OF DISMISSAL OF FEDERAL CLAIMS** |
| v. | |
| AMERICA'S WHOLESALE LENDER, *et al.*, | Date: None Set |
| Defendants. | Time: None Set |
| | Courtroom: 9, 19th Floor |
| | Judge: Hon. William H. Alsup |

I, Kalama M. Lui-Kwan, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am associated with the law firm of Severson & Werson, A Professional Corporation ("Severson"), counsel for defendants Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Company, N.A., Bank of America, N.A., and Bank of New York Mellon (erroneously named as Bank of New York) ("Defendants") in this action. I am making this declaration in support of Defendants' Opposition to Plaintiff's Notice of Dismissal of Federal Claims ("Notice").

2. On November 25, 2009, on Defendants' behalf, I arranged to have a third-party vendor retrieve the entire state-court file ("File") in this case from the Superior Court for the State of California, County of Monterey ("Superior Court").

3. The File included a document titled "Notice of Pendency of Action", which appears to have been stamped by the Monterey County Recorder's office on September 29, 2009, and file-stamped by the Superior Court on October 22, 2009 ("Lis Pendens"). A true and correct copy of the Lis Pendens is attached hereto as Exhibit 1.

4. Although other Severson attorneys have participated in the defense of this action, I am the handling attorney on this matter. Between November 1, 2009 and the date of this declaration, I have spent approximately 43.9 hours in defending this action on behalf of Defendants. This includes time I spent preparing Defendants' notice of removal, motion to dismiss, reply brief in support of motion to dismiss, and responses to Plaintiff's Ex Parte Motion to Correct Record and Notice of Dismissal of Federal Claims. My billing rate is $233.75 per hour. Thus, Defendants have incurred at least $10,261.63 in attorneys' fees in defending this action to date.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 31st day of December, 2009, at San Francisco, California.

*/s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan