UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICA'S WHOLESALE LENDER, *et al.*,<br><br>    Defendants. | Case No.:  09-cv-05630-WHA<br><br>**[PROPOSED] ORDER** |

**<u>ORDER</u>**

Having reviewed the December 29, 2009 Notice of Dismissal of Federal Claims by plaintiff Petra Martinez ("Rule 41(a)(2) Request"), and the December 31, 2009 Opposition to Plaintiff's Notice of Dismissal of Federal Claims by defendants Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Company, N.A., Bank of America, N.A., and Bank of New York Mellon (erroneously named as Bank of New York), it is hereby ordered that the Rule 41(a)(2) Request is DENIED.

IT IS SO ORDERED.

DATED: _____         _____
                                                                            THE HONORABLE WILLIAM H. ALSUP
                                                                            UNITED STATES DISTRICT JUDGE

11952/0255/781261.1                                                                                              Order
                                                                                              Case No. 3:09-cv-05630-WHA