IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETRA MARTINEZ,

    Plaintiff,

v.

AMERICA'S WHOLESALE LENDER, COUNTRYWIDE HOME LOANS SERVICING LP, BANK OF AMERICA, RECONTRUST COMPANY, AND BANK OF NEW YORK MELLON,

    Defendants.

No. C 09-05630 WHA

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

    Plaintiff Petra Martinez initiated this action against defendants for monetary damages and equitable relief in the Monterey County Superior Court. Defendants removed this action to federal court, and filed a motion to dismiss plaintiff's complaint.

    Defendants' motion to dismiss is **DENIED** without prejudice. Defendants shall file a motion for summary judgment by **JANUARY 28, 2010.** Plaintiff shall file her opposition no later than **FEBRUARY 11, 2010.** The hearing will be held **AT 8 A.M. ON MARCH 4, 2010.** Any Federal Rule of Civil Procedure 56(f) affidavit may be filed in connection with the opposition to the motion for summary judgment.

    **IT IS SO ORDERED.**

Dated: January 14, 2010.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE