## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>January 14, 2010</u>                                  Total Hearing Time: 9 minutes

Case No.  <u>C09-05630 WHA</u>

Title: <u>PETRA MARTINEZ</u>v. <u>AMERICA'S WHOLESALE LENDER</u>

Plaintiff Attorney(s): Michael Rooney

Defense Attorney(s): Kalama M. Lui-kwan

Deputy Clerk:  <u>Dawn Toland</u>                    Court Reporter: <u>Kathy Wyatt</u>

**<u>PROCEEDINGS</u>**

1)   <u>Dft's Motion to Dismiss - HELD</u>

2)   _____

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**

The motion to dismiss is denied.  Defendant shall file a motion for summary judgment as soon as possible.  The motion to remand set for 2/25/10 will remain on calendar.