1 | JOHN B. SULLIVAN (State Bar No. 181071)
jbs@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Co., N.A., Bank of America, N.A., and Bank of New York Mellon f/k/a The Bank of New York as Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETRA MARTINEZ, | Case No.: 09-cv-05630-WHA |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| AMERICA'S WHOLESALE LENDER, *et al.*, | Date:       March 4, 2010<br>Time:       8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:      Hon. William H. Alsup |
| Defendants. | |

11952/0255/786955.1

[PROPOSED] ORDER
Case No. 09-cv-05630-WHA

The January 28, 2010 Motion for Summary Judgment by defendants Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Company, N.A., Bank of America, N.A., and Bank of New York Mellon f/k/a The Bank of New York as Trustee ("Defendants") came on for hearing before this Court on March 4, 2010.

Having considered the papers and arguments of counsel, the Court **GRANTS** Defendants' motion for summary judgment, finding that:

1. Defendants complied with their contractual and statutory obligations under the deed of trust and California Civil Code in commencing the foreclosure process;

2. Defendants did not need to possess the original promissory note before commencing the foreclosure process because California law does not recognize any such rule, and in any event, Defendants had physical possession of the note at the time they commenced the foreclosure process;

3. Plaintiff Petra Martinez ("Plaintiff") lacks standing to pursue any of her claims as a matter of law because she has failed to comply with California's "tender rule";

4. Plaintiff cannot state a claim based on Defendants' alleged failures to comply with procedural requirements in commencing the foreclosure process in any event because she has failed to show that she suffered prejudice as a result of the purported irregularities; and

5. Plaintiff has failed to plead facts sufficient to state a claim under Rules 8 and 9(b) of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that Defendants' motion for summary judgment is **GRANTED**, and that judgment shall be, and hereby is, entered in favor of Defendants and against Plaintiff as to each and all of Plaintiff's causes of action.

DATED: _____

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE