1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  Countrywide Home Loans, Inc. (d/b/a
   America's Wholesale Lender), BAC Home
8  Loans Servicing, LP (f/k/a Countrywide
   Home Loans Servicing L.P.), ReconTrust
9  Co., N.A., Bank of America, N.A., and
   Bank of New York Mellon f/k/a The
10 Bank of New York as Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETRA MARTINEZ,                              | Case No.: 09-cv-05630-WHA<br>(Superior Court Case No. M100410) |
|----------------------------------------------|----------------------------------------------------------------|
| Plaintiff,                                   |                                                                |
| v.                                           | **NOTICE OF ERRATA**                                           |
| AMERICA'S WHOLESALE LENDER, *et al.*,        |                                                                |
| Defendants.                                  |                                                                |

PLEASE TAKE NOTICE that on January 28, 2010, Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Co., N.A., Bank of America, N.A., and The Bank of New York Mellon f/k/a The Bank of New York as Trustee ("Defendants") filed a Declaration of Kalama M. Lui-Kwan in Support of Defendants' Motion for Summary Judgment ("Declaration").  (Dkt. No. 20.)

The Declaration contains a scrivener's error in paragraphs 2-8 and paragraph 9.  Paragraphs 2-8 refer to the date **January 28, 2009**; that date is incorrect and should read **January 28, 2010**.  Paragraph 9 refers to the date **January 25, 2009**; that date is incorrect and should read **January 25, 2010**.

DATED: February 4, 2010          Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By:   */s/ Kalama M. Lui-Kwan*
           Kalama M. Lui-Kwan

Attorneys for Defendants
Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Co., N.A., Bank of America, N.A., and Bank of New York Mellon f/k/a The Bank of New York as Trustee

11952/0255/788464.1                                                                    Notice of Errata