1 | SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
2 | KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | One Embarcadero Center, Suite 2600
San Francisco, CA  94111
5 | Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
6 |
Attorneys for Defendants
7 | Countrywide Home Loans, Inc. (d/b/a
America's Wholesale Lender), BAC Home
8 | Loans Servicing, LP (f/k/a Countrywide
Home Loans Servicing L.P.), ReconTrust
9 | Co., N.A., Bank of America, N.A., and
Bank of New York Mellon f/k/a The
10 | Bank of New York as Trustee

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | PETRA MARTINEZ,                          Case No.:  09-cv-05630-WHA

14 |            Plaintiff,
                                                    **[PROPOSED] ORDER**
15 |      v.

16 | AMERICA'S WHOLESALE LENDER, *et al.*,

17 |            Defendants.

18 |

19 |      On February 25, 2010, at 8:00 a.m., the Motion for Remand to State Court by plaintiff

20 | Petra Martinez ("Motion") came on regularly for hearing before the Honorable Judge William H.

21 | Alsup.

22 |      Having reviewed the Motion, papers filed in support thereof and in opposition thereto,

23 | having heard oral argument, and good cause appearing, it is hereby ordered that the Motion is

24 | DENIED.

25 |      IT IS SO ORDERED.

26 | DATED: _____       _____
                                                    THE HONORABLE WILLIAM H. ALSUP
27 |                                                 UNITED STATES DISTRICT JUDGE

28 |

11952/0255/788494.1                                          [Proposed] Order
                                                    Case No. 3:09-cv-05630-WHA