1  SUNNY S. HUO (State Bar No. 181071)
   ssh@severson.com
2  KALAMA M. LUI-KWAN (State Bar No. 242121)
   kml@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
5  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  Countrywide Home Loans, Inc. (d/b/a
   America's Wholesale Lender), BAC Home
8  Loans Servicing, LP (f/k/a Countrywide
   Home Loans Servicing L.P.), ReconTrust
9  Co., N.A., Bank of America, N.A., and
   Bank of New York Mellon f/k/a The
10 Bank of New York as Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETRA MARTINEZ, | Case No.: 09-cv-05630-WHA |
|---|---|
| Plaintiff, | (Superior Court Case No. M100410) |
| v. | **DECLARATION OF KALAMA M. LUI-KWAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO REMAND** |
| AMERICA'S WHOLESALE LENDER, *et al.*, | |
| Defendants. | Date:       February 25, 2010<br>Time:       8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:      Hon. William H. Alsup |

11952/0255/788444.1                                                          K. Lui-Kwan Declaration

I, Kalama M. Lui-Kwan, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am associated with the law firm of Severson & Werson, A Professional Corporation, counsel for defendants Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Co., N.A., Bank of America, N.A., and The Bank of New York Mellon f/k/a The Bank of New York as Trustee ("Defendants"). I am making this declaration in support of Defendants' opposition to the motion to remand. I am familiar with the facts and circumstances set forth herein.

2. On January 21, 2010, I obtained information concerning the agent for service of process and incorporation of a Delaware corporation named Mortgage Electronic Registration Systems, Inc. ("Delaware MERS Records"). I obtained the Delaware MERS Records from a database at Westlaw's website, which is located at http://www.westlaw.com. A true and correct copy of the Delaware MERS Records is attached hereto as Exhibit 1.

3. On January 21, 2010, I also obtained information concerning the agent for service of process and incorporation of a California corporation named Mortgage Electronic Registration Systems, Inc. ("California MERS Records"). I obtained the California MERS Records from a database at Westlaw's website, which is located at http://www.westlaw.com. A true and correct copy of the California MERS Records is attached hereto as Exhibit 2.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 4th day of February 2010, at San Francisco, California.

*/s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan