# EXHBIT 1

## Company Information

| | |
|---|---|
| Company Name: | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |

### Agent Information

| | |
|---|---|
| Agent Name: | THE CORPORATION TRUST COMPANY |
| Agent ID Number: | 9000010 |
| Agent Phone: | 302-658-7581 |
| Agent Fax: | 302-655-5049 |
| Address: | CORPORATION TRUST CENTER |
| | 1209 ORANGE STREET |
| | WILMINGTON, DE, 19801 |

### Filing Information

| | |
|---|---|
| Residency: | Domestic |
| Entity Kind: | Corporation |
| Entity Type: | General |
| State of Incorporation: | Delaware Company |
| Date of Incorporation: | 01-01-1999 |
| Status: | Good Standing, 01-01-1999 |
| Expiration Date: | Not Available |
| State ID Number: | 2990193 |
| FEIN: | 541927784 |

### Stock Information

| | |
|---|---|
| Total Authorized Shares: | 1,000 |
| Total Value: | 10 |
| Stock Effective Date: | 01-01-1999 |

### Stock Information

| | |
|---|---|
| Last Annual Report Filed: | 2009 |
| Annual Tax Assessment: | 75.00 |
| Current Tax Estimate as of: 01/21/2010 | 75.00 |
| Tax Area & Code: | A/R Filing Required |

### Filing History (Last 5 Filings)

| Document Code | Description | Pages | Filing Date | Filing Time | Effective Date |
|---|---|---|---|---|---|
| 0133 | Change of Agent | 1 | 01-07-2009 | 17:41 | 01-07-2009 |
| 0102S | Incorp Delaware Stock Co. | 6 | 12-30-1998 | 15:01 | 01-01-1999 |

### Currency

| | |
|---|---|
| Information Current Through: | 01/21/2010 |
| Update Frequency: | As Current As Secretary of State |
| Source: | Delaware Secretary of State |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

**EXHBIT 2**

CA03109037

## Corporate Records & Business Registrations

### Source Information

| | |
|---|---|
| **Database Last Updated:** | 01/19/2010 |
| **Update Frequency:** | WEEKLY |
| **Current Date:** | 01/21/2010 |
| **Source:** | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

### Company Information

| | |
|---|---|
| **Name:** | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. |
| **Address:** | 3321 VINCENT RD |
| | PLEASANT HILL, CA 94523 |

### Filing Information

| | |
|---|---|
| **Identification Number:** | C3109037 |
| **Filing Date:** | 06/01/2009 |
| **Status:** | ACTIVE |
| **Corporation Type:** | PROFIT |
| **Business Type:** | CORPORATION |
| **Where Filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

### Registered Agent Information

| | |
|---|---|
| **Name:** | JOHN BROSNAN |
| **Address:** | 3321 VINCENT RD |
| | PLEASANT HILL, CA 94523 |

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.

### Principal Information

**Name:** JOHN BROSNAN

**Address:** 3321 VINCENT RD
PLEASANT HILL, CA 94523

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
for on-site manual retrieval of documents related to this or other matters.
Additional charges apply.

END OF DOCUMENT

© 2010 Thomson Reuters. No Claim to Orig. US Gov. Works.