Michael Patrick Rooney (SBN. 248491)
MICHAEL ROONEY LAW OFFICE
580 California St. Fl. 16
San Francisco, CA 94104
Tel: (415) 533-0282
Fax: (415) 704-3321

Attorney for Plaintiff
PETRA A. MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA A. MARTINEZ,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, *Et al.*,<br><br>　　　　　　　Defendants. | CASE NO.: 3-09-CIV-5630WHA<br><br>**MICHAEL PATRICK ROONEY, ESQ.'S DECLARATION PURSUANT TO FRCP 56(F) IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Department: 450 Golden Gate Ave.<br>　　　　　　　San Francisco, CA 94102<br>　　　　　　　Courtroom 9, 19th Floor<br>Judge: Hon. William Alsup<br>Date: 3/4/10<br>Time: 8:00 a.m. |

DECLARATION OF MICHAEL ROONEY PURSUANT TO 56F

In opposition to Summary Judgment, I Michael Patrick Rooney, Esq. do declare:

1. I am over 18 years old and not a party to this case.

2. I am counsel for Plaintiff Petra Martinez.

3. In opposing the Summary Judgment Motion, I have found reason to doubt the

qualifications and credibility of the witnesses who submitted declarations in support of the Motion

1
**MICHAEL PATRICK ROONEY, ESQ.'S DECLARATION PURSUANT TO FRCP 56(f) IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

in that there are factual inaccuracies, including but not limited to mystery surrounding the dates on the documents purportedly signed by my client, the roles of the various defendant parties, and the authentication of exhibits. Therefore, I need to take depositions of Eva Tapia, George Merziotis, and Michael Cerchio, who have each shown themselves to be employees of interested parties who testify without adequate personal knowledge of any matters involved, and seek to rely on evidence which is apparently electronically stored and provide no evidence as to the data security safeguards or other procedures for maintaining such records. I need to depose the defendants purported witnesses to question their knowledge, bias, credibility and even the existence and authenticity of the documents they claim to have reviewed.

    4. To the extent that the court does not grant summary judgment to Petra Martinez, Plaintiff seeks written discovery as in any other lawsuit pending before the court.

    5. Delivery of the mortgage note to the alleged Party in Interest has become an issue under the PSA. I need to conduct discovery on the specific facts surrounding this.

    6. The circumstances surrounding the origination of this loan are highly suspect and discovery is needed to investigate the issues complained of in Petra Martinez's Declaration in Support.

    I submit this declaration under the penalty of perjury.

Dated: February 11, 2010        By:    /S/
                                                Michael Patrick Rooney, Esq.