Michael Patrick Rooney (SBN. 248491)
MICHAEL ROONEY LAW OFFICE
580 California St. Fl. 16
San Francisco, CA 94104
Tel: (415) 533-0282
Fax: (415) 704-3321

Attorney for Plaintiff
PETRA A. MARTINEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA A. MARTINEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, *et al.*,<br><br>                              Defendants. | CASE NO.: 3-09-CIV-5630WHA<br><br>**REQUEST FOR JUDICIAL NOTICE (PURSUANT TO FRE 201)**<br><br>[*Filed concurrently with Plaintiff's Opposition to Defendants' Motion for Summary Judgment*]<br><br>Department: 450 Golden Gate Ave.<br>                    San Francisco, CA 94102<br>                    Courtroom 9, 19th Floor<br>Judge: Hon. William Alsup<br>Date: March 4, 2010<br>Time: 8:00 a.m. |

1. Plaintiff requests judicial notice of the Transcript of Proceedings before this court in the above-referenced case on Thursday, January 14, 2010 at 8:00 o'clock under FRE 803(8) and FRE 901(7), which I obtained directly from the court reporter in this case. I certify that a true and correct copy is attached at Exhibit 1.

2. Plaintiff requests judicial notice of an excerpt from Defendant Countrywide's SEC filing known as,"CWMBS 2006-HYB4 - PROSPECTUS SUPPLEMENT", specifically that portion

MICHAEL ROONEY LAW OFFICE
580 California Street Fl. 16
San Francisco, CA 94104

1

**PLAINTIFF PETRA A. MARTINEZ'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

MICHAEL ROONEY LAW OFFICE
580 California Street FL 16
San Francisco, CA 94104

indexed as "Summary".  The request is under under FRE 803(8) and FRE 901(7). I obtained the

attached copy directly from the SEC website located at

http://www.sec.gov/Archives/edgar/data/906410/000119312506121823/d424b5.htm#suptx64379_1

. I certify that a true and correct copy is attached at Exhibit 2.

3. Plaintiff requests judicial notice of an excerpt from Defendant Countrywide's SEC filing

known as,"CWMBS Mmortgage PAss-Through Trust 8-K for 5/30/06, Exh. 99-1, Miscellaneous

Exhibit", specifically, the portion known as PSA 2.01-1.  This request is made under FRE 803(8)

and 901(7) I obtained the attached copy directly from the SEC website located at

http://www.sec.gov/Archives/edgar/data/1362460/000090514806004352/efc6-

1751_5878313ex991.txt. I certify that a true and correct copy is attached at Exhibit 3.

4. Plaintiff requests judicial notice of an excerpt from Defendant Countrywide's SEC filing

known as," CWMBS 2006-HYB4 - PROSPECTUS SUPPLEMENT" Specifically, that portion

indexed as "Assignment of the Mortgage Loans."  This request is made under FRE 803(8); 901(7). I

obtained the attached copy directly from the SEC website located at

http://www.sec.gov/Archives/edgar/data/906410/000119312506121823/d424b5.htm#suptx64379_6

. I certify that a true and correct copy is attached at Exhibit 4.

5. Plaintiff requests judicial notice of an official publication by the Uniform Commercial

Code Committee of the National Bankruptcy Institute entitled "Where's The Note, Who's The

Holder: Enforcement Of Promissory Note Secured By Real Estate" By Hon. Samuel L. Bufford

United States Bankruptcy Judge, Central District Of California, And (Formerly Hon.) R. Glen

Ayers, which was obtained from the website of Langley & Banack, Inc. at

http://74.125.95.132/search?q=cache:PS0gaF1EeWAJ:www.langleybanack.com/admin/newsfiles/A

yers%2520ABI%2520-20090212-

2

113015.DOC+wheres+the+note+whos+the+holder&cd=3&hl=en&ct=clnk&gl=us.  I certify that

attached is a true and correct copy is attached at Exhibit 5.

        6. Plaintiff requests judicial notice of a periodical article published by the New York Times

under FRE 902(6), entitled "Lender Tells Judge it 'Recreated' Letters" a true and correct copy is

attached at exhibit 6, which I obtained from:

http://www.nytimes.com/2008/01/08/business/08lend.html?_r=1&ref=business&pagewanted=all.


        I swear the above to be true and correct under the penalty of perjury.

        Dated: February 11, 2010            Respectfully submitted,


                                By:  _____/S/_____
                                Michael Patrick Rooney, Esq.
                                Attorney for Plaintiff PETRA A. MARTINEZ

MICHAEL ROONEY LAW OFFICE
580 California Street FL 16
San Francisco, CA 94104

3