**Summary**

This summary highlights selected information from this document and does not contain all of the information that you need to consider in making your investment decision. To understand all of the terms of an offering of the certificates, read carefully this entire document and the accompanying prospectus.

While this summary contains an overview of certain calculations, cash flow priorities and other information to aid your understanding, you should read carefully the full description of these calculations, cash flow priorities and other information in this prospectus supplement and the accompanying prospectus before making any investment decision.

*Issuing Entity*

CHL Mortgage Pass-Through Trust 2006-HYB4, a common law trust formed under the laws of the State of New York.

*See "The Issuing Entity" in this prospectus supplement.*

*Depositor*

CWMBS, Inc., a Delaware corporation, is a limited purpose finance subsidiary of Countrywide Financial Corporation. Its address is 4500 Park Granada, Calabasas, California 91302, and its telephone number is (818) 225-3000.

*See "The Depositor" in the prospectus.*

*Sponsor and Sellers*

Countrywide Home Loans, Inc. will be the sponsor of the transaction and a seller of a portion of the mortgage loans. The remainder of the mortgage loans will be sold directly to the depositor by one or more special purpose entities that were established by Countrywide Financial Corporation or one of its subsidiaries, which acquired the mortgage loans they are selling directly from Countrywide Home Loans, Inc.

*See "Servicing of Mortgage Loans—Countrywide Home Loans" in this prospectus supplement.*

*Master Servicer*

Countrywide Home Loans Servicing LP

*See "Servicing of Mortgage Loans—Countrywide Home Loans Servicing LP" in this prospectus supplement.*

*Trustee*

The Bank of New York

*See "Description of the Certificates—The Trustee" in this prospectus supplement.*

*Pooling and Servicing Agreement*

The pooling and servicing agreement among the sellers, the master servicer, the depositor and the trustee, under which the issuing entity will be formed.

*Cut-off Date*

For any mortgage loan, the later of May 1, 2006 and the origination date for that mortgage loan (referred to as the "*cut-off date*").

*Closing Date*

On or about May 30, 2006.

*The Mortgage Loans*

The mortgage pool will consist of conventional, hybrid adjustable rate mortgage loans secured by first liens on one- to four-family residential properties with an aggregate principal balance of approximately $452,870,239 as of the cut-off date. All of the mortgage loans have original terms to maturity of 30 years. The mortgage pool will be divided into four separate groups. Each group of mortgage loans is referred to as a "loan group." The mortgage rate on each mortgage loan is adjustable based on a specified index after a specified period after origination during which the mortgage rate is fixed. The approximate aggregate stated principal balance of the mortgage loans in each loan group as of the cut-off date was as follows:

| Loan Group | Aggregate Principal Balance | Fixed Rate Period (months) |
|---|---|---|
| 1 | $ 126,305,332 | 36 |
| 2 | $ 78,500,807 | 60 |
| 3-A | $ 140,565,617 | 84 |
| 3-B | $ 107,498,484 | 84 |