Michael Patrick Rooney (SBN. 248491)
MICHAEL ROONEY LAW OFFICE
580 California St. Fl. 16
San Francisco, CA 94104
Tel: (415) 533-0282
Fax: (415) 704-3321

Attorney for Plaintiff
PETRA A. MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA A. MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> AMERICA'S WHOLESALE LENDER, *et al.* <br><br> Defendants. | CASE NO.: 3-09-CIV-5630WHA <br><br> **DECLARATION OF DR. STANLEY ATKINSON IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT** <br><br> Department: 450 Golden Gate Ave. <br> San Francisco, CA 94102 <br> Courtroom 9, 19th Floor <br> Judge: Hon. William Alsup <br> Date: March 4, 2010 <br> Time: 8:00 a.m. |

I, Stanley Atkinson, am over 18 years old and not a party to this case. I declare as follows:

1. On or about May 3, 2009, I received the notice of substitution of trustee and notice of trustee's sale, true and correct copies of which are attached as Exhibit 1. A third document in the certified mail package that I received certified mail titled "Affidavit of Mailing For Substitution of Trustee by Code" is not signed nor found in the County Recorder's Office but is dated 4/30/2009 and has a blank line with Rosie Ramos typed beneath, a true and correct copy of which is also attached at Exhibit 1.

1
DECLARATION OF DR. STANLEY ATKINSON IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

2. I never received corrected copies, or the ones which were recorded at the county recorder's office.

3. The "Substitution of Trustee" document I received certified mail was not signed.

4. The "Notice of Trustee's Sale" I received certified mail again is signed by no one but dated 4/30/2009.

I swear the above to be true under the penalty of perjury, and execute this declaration in Salinas, CA on February 11, 2010.

BY: _Stanley Atkinson_ (signature)
Stanley Atkinson

2
DECLARATION OF DR. STANLEY ATKINSON IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT