SUNNY S. HUO (State Bar No. 181071)
ssh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Co., N.A., Bank of America, N.A., and Bank of New York Mellon f/k/a The Bank of New York as Trustee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA'S WHOLESALE LENDER, *et al.*,<br><br>Defendants. | Case No.: 09-cv-05630-WHA<br>(Superior Court Case No. M100410)<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL CERCHIO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       March 4, 2010<br>Time:       8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge:      Hon. William H. Alsup |

I, Michael Cerchio, declare as follows:

1. I am Vice President in the Corporate Trust Services department of The Bank of New York Mellon f/k/a The Bank of New York as Trustee ("BNY"). I am making this declaration in support of the motion for summary judgment ("Motion") filed in this action by defendants Countrywide Home Loans, Inc. (d/b/a America's Wholesale Lender), BAC Home Loans Servicing, LP (f/k/a Countrywide Home Loans Servicing L.P.), ReconTrust Co., N.A., Bank of America, N.A., and BNY. I am familiar with the facts and circumstances set forth herein, based on my review of BNY's records.

2. In paragraphs 3, 4, and 5 of my January 27, 2010 declaration in support of the Motion, I referred to a May 1, 2006 pooling and servicing agreement ("PSA"). A true and correct copy of the PSA is attached hereto as Exhibit 1.

3. A copy of the PSA is also publicly available on the website of the United States Securities and Exchange Commission ("SEC"). The CHL Mortgage Pass-Through Trust 2006-HYB4 filed the PSA with the SEC on June 9, 2006 as an exhibit to a Form 8-K. Links to the Form 8-K and the PSA are available at the following web page:
http://www.sec.gov/Archives/edgar/data/1362460/000090514806004352/0000905148-06-004352-index.htm .

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 18th day of February 2010, at New York, NY.

_____
Michael Cerchio

**Michael Cerchio**
**Vice President**