# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: March 4, 2010                    Total Hearing Time: 15 minutes

Case No.  C09-05630 WHA

Title:  PETRA MARTINEZ v.  AMERICA'S WHOLESALE LENDER

Plaintiff Attorney(s): Michael Rooney

Defense Attorney(s): Kalama Lui-Kwan

Deputy Clerk:  Dawn Toland                    Court Reporter: Lydia Zinn

**PROCEEDINGS**

1)    Dfts' Motion for Summary Judgment - Submitted

2)

Continued to  3/18/10 at 11:00 a.m.   for Case Management Conference

Continued to      for Pretrial Conference

Continued to      for Trial

**ORDERED AFTER HEARING:**

The case management conference set for 3/11/10 is moved one week to 3/18/10.