IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETRA MARTINEZ,

    Plaintiff,

  v.

AMERICA'S WHOLESALE LENDER, COUNTRYWIDE HOME LOANS SERVICING LP, BANK OF AMERICA, RECONTRUST COMPANY, AND BANK OF NEW YORK MELLON

    Defendants.
    /

No. C 09-05630 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting summary judgment dated March 11, 2010, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff Petra Martinez. The Clerk **SHALL CLOSE THE FILE.**

    **IT IS SO ORDERED.**

Dated: March 12, 2010.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE