ORIGINAL

**Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED APR 12 P 3:3 RICHARD W. [CLERK]

FILE BY FAX

| | | |
|---|---|---|
| Petra Martinez, Plaintiff | ) | File Number 3:09-cv-5630-WHA |
| | ) | |
| v. | ) | Notice of Appeal |
| | ) | |
| America's Wholesale Lender, *et al*, Defendants | ) | |

Notice is hereby given that PETRA MARTINEZ, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the 9th Circuit from the final judgment and from an order granting summary judgment entered in this action on the 15 day of March, 2010.

_____
Michael Patrick Rooney, Esq,
Attorney for Appellant
Address:   580 California Street, FL 16
           San Francisco, CA 94104

**Statement of Representation**
**[FRAP 12(b) and C.R. 3-2(b)]**

**Plaintiff** Petra Martinez represented by:

**Michael Patrick Rooney**
Michael Rooney Law Office
580 California Street, 16th Floor
San Francisco, CA 94104
(415) 533-0282
Fax: (415) 704-3321
Email: mike@mikerooneylaw.com


**Defendants** America's Wholesale Lender, Countrywide Home Loans Servicing LP, Bank of America, and **Bank of New York Mellon** represented by:

**Kalama M. Lui-Kwan**
Severson & Werson
One Embarcadero Center
26th Floor
San Francisco, CA 94111
(415)398-3344
Fax: (415)956-0439
Email: kml@severson.com
*ATTORNEY TO BE NOTICED*

**Sunny S. Huo**
Severson & Werson
One Embarcadero Center
Suite 2600
San Francisco, CA 94111
415-398-3344
Fax: 415-956-0439
Email: ssh@severson.com
*ATTORNEY TO BE NOTICED*