UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 06 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETRA MARTINEZ,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>AMERICA'S WHOLESALE LENDER; et al.,<br><br>      Defendants - Appellees. | No. 10-15843<br><br>D.C. No. 3:09-cv-05630-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered August 15, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Theresa Benitez
                                            Deputy Clerk