IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETRA MARTINEZ,

    Plaintiff,

v.

AMERICA'S WHOLESALE LENDER, COUNTRYWIDE HOME LOANS SERVICING LP, BANK OF AMERICA, RECONTRUST COMPANY, AND BANK OF NEW YORK MELLON

    Defendants.

No. C 09-05630 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

On August 15, 2011, our court of appeals affirmed in part and reversed in part an order by this Court granting summary judgment for defendants in this matter and remanded the case for further proceedings consistent with that decision (Dkt. No. 51). The mandate returning this case to the district court and inviting the district court to consider whether it has subject-matter jurisdiction over this case, where the only remaining claim is founded on state law, has just been entered (Dkts. Nos. 52–53). A case management conference is hereby **SET** for **11:00 A.M.** on **NOVEMBER 3, 2011**. Please file a joint case management statement at least **SEVEN DAYS** prior.

    **IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE