IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETRA MARTINEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICA'S WHOLESALE LENDER,<br>COUNTRYWIDE HOME LOANS SERVICING LP,<br>BANK OF AMERICA, RECONTRUST COMPANY,<br>and BANK OF NEW YORK MELLON,<br><br>    Defendants.<br>                                                          / | No. C 09-05630 WHA<br><br>**NOTICE REGARDING<br>UPCOMING PRETRIAL<br>CONFERENCE AND TRIAL** |

    This is a reminder that the final pretrial conference shall be at **2 P.M. ON DECEMBER 12, 2011**. If you have not already done so, please read and follow the "Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases Before the Honorable William Alsup," which is available on the district court's website at http://www.cand.uscourts.gov. A bench trial shall begin at **7:30 A.M. ON DECEMBER 19, 2011.**.

    **IT IS SO ORDERED.**

Dated: November 15, 2011.

                                                        WILLIAM ALSUP<br>                                                         UNITED STATES DISTRICT JUDGE