IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETRA MARTINEZ,

    Plaintiff,

v.

AMERICA'S WHOLESALE LENDER, COUNTRYWIDE HOME LOANS SERVICING LP, BANK OF AMERICA, RECONTRUST COMPANY, and BANK OF NEW YORK MELLON,

    Defendants.

No. C 09-05630 WHA

**ORDER TO CLERK TO CLOSE CASE FILE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties have entered into a stipulation of dismissal with prejudice of the above-captioned action. The **CLERK SHALL CLOSE THE CASE FILE**.

    **IT IS SO ORDERED.**

Dated: November 29, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE