**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETRA MARTINEZ,

        Plaintiff,

  v.

AMERICA'S WHOLESALE LENDER,
COUNTRYWIDE HOME LOANS SERVICING
LP, BANK OF AMERICA, RECONTRUST
COMPANY, and BANK OF NEW YORK
MELLON,

        Defendants.

_____/

No. C 09-05630 WHA

**ORDER TO CLERK TO
CLOSE CASE FILE**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties have entered into a

stipulation of dismissal with prejudice of the above-captioned action.  The **CLERK SHALL CLOSE**

**THE CASE FILE**.

      **IT IS SO ORDERED.**

Dated:  November 29, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE